IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MATTHEW T. LANGENBERG, M.D., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:12-cv-175-NBF |
| v. | ) | |
| | ) | |
| WARREN GENERAL HOSPITAL, | ) | |
| *et al.*, | ) | |
| Defendants. | ) | |

## O R D E R

AND NOW, this 22nd day of November, 2013, upon consideration of Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint (Docket No. 34), and the related filings,

IT IS HEREBY ORDERED that said motion is GRANTED with respect to Counts 1, 2, 3, and 9 as well as Plaintiff's request for attorney fees and DENIED in all other respects for the reasons stated in the accompanying Memorandum Opinion.

*/s/ Nora Barry Fischer*
Nora Barry Fischer
United States District Judge

CC/ECF: All Counsel of Record